# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRON POCCI, individually and on behalf of all others similarly situated, | Case No.:  25-cv-00033-DMS-SBC |
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR DISMISSAL** |
| v. | |
| OCMBC, INC., | |
| Defendant. | |

Having reviewed and considered the parties' Joint Motion for Dismissal, the Joint Motion is hereby **GRANTED**.  Plaintiff's claims are dismissed with prejudice.  The claims of unnamed putative class members are dismissed without prejudice.  The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

Dated:  June 11, 2025

Hon. Dana M. Sabraw
United States District Judge

25-cv-00033-DMS-SBC